IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM PEIRCE PLUMMER,

    Petitioner,                    No. CIV S-07-0818 LKK EFB P

    vs.

UNITED STATES, et al.,

    Respondents.                <u>ORDER AND FINDINGS</u>
                                                        <u>AND RECOMMENDATIONS</u>

/

      Mr. Plummer has filed a form petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. He seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). Examination of the *in forma pauperis* affidavit reveals that petitioner is unable to afford the costs of suit.

      The court has reviewed the petition and, for the reasons explained below, finds that it must be dismissed.

      A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. A judge must entertain a habeas petition on "behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). But

1  relief cannot be granted unless the state court adjudication of the claim "resulted in a decision
2  that was contrary to, or involved an unreasonable application of, clearly established federal law
3  as determined by the Supreme Court of the United States" or "resulted in a decision that was
4  based on an unreasonable determination of the facts in light of the evidence presented in the
5  State court proceeding." 28 U.S.C. § 2254(d). In the form petition, Mr. Plummer asserts that he
6  was convicted on February 8, 2007, in the United States District Court for the Central District of
7  California pursuant to 28 U.S.C. § 1651. He also states that he was convicted of offenses under
8  the California Penal Code. He alleges that several federal courts have dismissed a number of his
9  actions for improper bases, including the fact of his race. Mr. Plummer attaches dozens of pages
10 of documents, including excerpts from mental health evaluations and from documents filed in
11 other actions. He makes no coherent demand for relief. In short, the document is
12 incomprehensible. It appears from the face of the petition and its attachments that petitioner is
13 not entitled to any relief available under the federal habeas statute.

14    Accordingly, it hereby is ORDERED that plaintiff's request for leave to proceed *in forma*
15 *pauperis* is granted.

16    Further, it is hereby RECOMMENDED that this action be dismissed.

17    These findings and recommendations are submitted to the United States District Judge
18 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
19 after being served with these findings and recommendations, any party may file written
20 objections with the court and serve a copy on all parties. Such a document should be captioned
21 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections
22 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
23 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
24 Dated: April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE